UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEJANDRO PICAZO,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDSTAD US, LP,<br><br>    Defendant. | Case No. 5:16-cv-06644-HRL<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 78 |

Upon review of the papers, as well as the discussion held at the December 19, 2017 status conference, the court concludes that, under the circumstances presented, the imposition of sanctions would not serve the interests of justice. Defendant's motion therefore is denied.

SO ORDERED.

Dated: January 16, 2018

HOWARD R. LLOYD
United States Magistrate Judge