UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO P PICAZO,

Plaintiff,

v.

RANDSTAD US, LP,

Defendant.

Case No. 16-cv-06644-RS

**ORDER RE RECENT FILINGS**

Judgment in this action was entered on March 27, 2018. Dkt. 107. Thereafter, pro se Plaintiff submitted various filings ultimately resulting in Dkt. 120, Order Re Recent Filings, which noted the papers were "not the model of clarity." Yet, "to the extent [those papers] might [have been] broadly construed as another request for relief for judgment," the request was denied because Plaintiff had not submitted anything the court had not already considered. *Id*.

Recently, Plaintiff again has submitted various materials none of which are intelligible. The case remains closed. Under Rule 60(b) a motion for relief from a judgment cannot be made more than a year after judgment except in unusual circumstances. *See* Fed. R. Civ. P. Rule 60(b)-(c). Accordingly, any further filings from Plaintiff will be disregarded absent a motion pursuant to Rule 60(b)(4) or (6) that complies with both the applicable Rules of Federal Procedure and the Local Civil Rules and that reflects a good faith basis to set aside the judgment.

**IT IS SO ORDERED**.

Dated: January 22, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

<< SHORT ORDER TITLE >>
CASE NO. 16-cv-06644-RS

2